UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LIBERTY MUTUAL INSURANCE COMPANY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1202** |
| **THE HOUSING AUTHORITY OF NEW ORLEANS** | **SECTION: "G"** |

### ORDER AND REASONS

Plaintiff Liberty Mutual Insurance Company ("Liberty") filed the above-captioned matter against Defendant the Housing Authority of New Orleans ("HANO"), alleging breach of contract and wrongful termination claims arising out of a construction contract between Liberty, HANO, and Parkcrest Builders, LLC ("Parkcrest").[1] Before the Court is Liberty's "Motion to Stay Pending Arbitration."[2]

On January 22, 2015, Parkcrest filed suit against HANO.[3] On May 8, 2015, Parkcrest brought a second suit against HANO.[4] On January 13, 2016, this Court ordered HANO and Parkcrest to arbitrate their claims pursuant to the terms of the contract between the two parties.[5] On July 28, 2016, Liberty intervened in the arbitration.[6]

---

[1] Rec. Doc. 1.

[2] Rec. Doc. 8.

[3] 15-150, Rec. Doc. 1.

[4] 15-1531, Rec. Doc. 1.

[5] 15-150, Rec. Doc. 47; 15-1531, Rec. Doc. 6.

[6] Rec. Doc. 8-4 at 2.

1

In the instant motion, Liberty moves this Court to stay and administratively close the above-captioned matter pending a decision by the arbitrator in the ongoing arbitration between HANO, Parkcrest, and Liberty. HANO does not oppose the stay. Accordingly,

**IT IS HEREBY ORDERED** that Liberty Mutual Insurance Company's "Motion to Stay Pending Arbitration"[7] is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **STAYED** and **ADMINISTRATIVELY CLOSED** to be reopened upon motion of a party at the conclusion of the arbitration proceedings.

**NEW ORLEANS, LOUISIANA,** this  20th  day of July, 2021.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[7] Rec. Doc. 8.